UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,　　　01 Civ. 6140 (DGT)(SMG)

　　　　　　　　　　　Plaintiff,　　　　　　　　　　**JUDGMENT**

- against -

DEBASHIS DAS,

　　　　　　　　　　　Defendants.
------------------------------------------------------------X

　　An Order of the Honorable David G. Trager, United States District Judge, having been executed on July 19, 2002; with no objections having been filed; adopting the May 22, 2002, Report and Recommendation of the Honorable Steven M. Gold, United States Magistrate Judge, entering Judgment against defendant Debashis Das in the amount of $5,139.50, comprised of $4,130.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,009.50 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

　　ORDERED and ADJUDGED that the May 22, 2002, Report and Recommendation of the Honorable Steven M. Gold, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Debashis Das in the amount of $5,139.50, comprised of $4,130.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,009.50 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

　　　　September 16, 2005

　　　　　　　　　　　　　　　　　　　　　　　s/Robert C. Heinemann
　　　　　　　　　　　　　　　　　　　　　　　**Robert C. Heinemann**
　　　　　　　　　　　　　　　　　　　　　　　**Clerk of the Court**